UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Syed Ahmad and Letica Ahmad,

    Plaintiffs,

v.                                                Case No.  11-15204
                                                Honorable Sean F. Cox

Wells Fargo Bank, NA, As Trustee,
Bank of America, NA, as Successor by
Merger to BAC Home Loans Servicing,
L.P., and Home Loan Services, Inc.
(f/k/a First Franklin Financial Corporation),

    Defendants.
_____/

## ORDER

      Plaintiffs brought this suit against Defendants, asserting several claims relating to their residential mortgage.  Thereafter, Defendants filed a Motion to Dismiss (Docket Entry No. 5), which this Court referred to Magistrate Judge Laurie J. Michelson for issuance of a report and recommendation ("R&R").

      On February 27, 2012, Magistrate Judge Michelson issued her R&R, wherein she recommends that the Court grant the motion and dismiss this action.  (Docket Entry No. 10).

      Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that no party has filed objections to the R&R.

The Court hereby ADOPTS the February 27, 2012 R&R. IT IS ORDERED that Defendants' Motion to Dismiss is GRANTED and this action shall be DISMISSED.

IT IS SO ORDERED.

                                      S/Sean F. Cox
                                      Sean F. Cox
                                      United States District Judge

Dated: March 19, 2012

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 19, 2012, by electronic and/or ordinary mail.

                                      S/Jennifer Hernandez
                                      Case Manager